Dennis Shannon, Appellant, v. The City of Philadelphia.

Argued March 23, 1898. Appeal, No. 391, Jan. T., 1897, by plaintiff, from order of C. P. No. 3, Phila. Co., June T., 1895, No. 470, refusing to take nonsuit. Before STERRETT, C. J., GREEN, WILLIAMS, DEAN and FELL, JJ. Affirmed.

Trespass to recover damages for injuries to the plaintiff's minor son.

The facts appear by the last preceding case.

PER CURIAM, April 4, 1898:

This case was argued with No. 390, January term, 1897, Alexander Shannon by his father, etc., against the same defendant, and involves substantially the same question. For reasons given in opinion just filed in that case there was no error in refusing to take off the judgment of nonsuit in this case.

Judgment affirmed.